# EXHIBIT 1

# December 19, 2019 NGF Articles of Incorporation



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

Filed in the Office of
*Barbara K. Cegavske*
Secretary of State
State Of Nevada

Business Number
E3714582019-2
Filing Number
20190371457
Filed On
12/19/2019 1:55:00 PM
Number of Pages
4

ABOVE SPACE IS FOR OFFICE USE ONLY

# Formation - Nonprofit Corporation

- [X] NRS 82 - Articles of Incorporation Nonprofit
- [ ] NRS 81.010 - Formation of Nonprofit Cooperative Corporation With or Without Stock
- [ ] NRS 81.170-81.270 - Articles of Cooperative Association
- [ ] NRS 80 - Foreign Nonprofit Corporation
- [ ] NRS 81.410 - Articles of Incorporation Nonprofit Cooperative Corporation Without Stock

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT

**1. Name of Entity:** (If foreign, name in home jurisdiction)
NU GENERATION FOUNDATION, INC.

**2. Registered Agent for Service of Process:** (Check only one box)
- [X] Commercial Registered Agent (name only below)
- [ ] Noncommercial Registered Agent (name and address below)
- [ ] Office or Position with Entity (title and address below)

C T CORPORATION SYSTEM
Name of Registered Agent   OR   Title of Office or Position with Entity

Street Address   City   Nevada   Zip Code

Mailing Address (if different from street address)   City   Nevada   Zip Code

**2a. Certificate of Acceptance of Appointment of Registered Agent:**
I hereby accept appointment as Registered Agent for the above named Entity. If the registered agent is unable to sign the Articles of Incorporation, submit a separate signed Registered Agent Acceptance form.
X  *Amy Bertielli*   AMY BERTIELLI, VICE PRESIDENT   12/19/19
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity   Date

**3. Names and Addresses of the Board of Directors, Member, or Trustees**
(NRS 81.410 must not be less than three members, see instructions)

1) Mr. Shigeo Katsu
Name   Country
Street Address   City   State   Zip/Postal Code

2) Ms. Kulyash Shamshidinova
Name   Country
Street Address   City   State   Zip/Postal Code

3) Mr. Aslan Sarinzhipov
Name   Country
Street Address   City   State   Zip/Postal Code

**4. Jurisdiction of Incorporation:** (NRS 80 only)
4a. Jurisdiction of incorporation:
4b. [ ] I declare this entity is in good standing in the jurisdiction of its incorporation.

**5. Authorized Shares:**
(Number of shares corporation is authorized to issue, NRS 80 and NRS 81.010)
Number of common shares with Par value:   Par value: $
Number of preferred shares with Par value:   Par value: $
Number of shares with no par value:

If a Nonprofit Entity: (NRS 80 only)
- [ ] This is a nonprofit entity with authorized stock, as listed above.
- [X] This entity is a nonprofit, non-stock corporation.

This form must be accompanied by appropriate fees.   Page 1 of 2
Revised: 1/1/2019

1



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Formation - Non-Profit Corporation
Continued, Page 2

| | |
|---|---|
| **6. Benefit Corporation:** (For NRS 81.010, optional. See instructions.) | By selecting "Yes" you are indicating that the corporation is organized as a benefit corporation pursuant to NRS Chapter 78B with a purpose of creating a general or specific public benefit. The purpose for which the benefit corporation is created must be disclosed in the below purpose field.  ☐ Yes |
| **7. Purpose:** (Required, see instructions.) | This corporation is organized and shall be operated to promote social welfare and further the common good and general welfare of the people of the community, and to engage in any lawful act or activity for which a corporation may be organized under the NRS and permitted under Section 501(c)(4) of the Internal Revenue Code, as now in effect or as my hereafter be amended (the "Code"). See also Exhibit A. |
| **8. Member Property Rights:** (NRS 81.010, see instructions) | The property rights and interest of each member are: ☐ Equal   OR   ☐ Unequal |
| **9. Member Property Rights:** (NRS 81.410, see instructions) | The voting power and the property rights and interest of each member are: ☐ Equal   OR   ☐ Unequal |
| **10. Term:** (NRS 81.010, 81.170-81.270, 81.410 may be perpetual) | Latest date upon which the corporation is to exist: (if existence is not perpetual) |
| **11. Equal Interest Rights:** (NRS 81.170-81.270) | The interest and right of each member therein is to be equal. |
| **12. Membership Fee:** (NRS 81.170-81.270, must be completed) | The membership fee is $ _____ per member. Each member signing the articles has paid the fee and their interests and rights are equal. |
| **13. Name, Address and Signature of:** NRS 80 Name, title and signature making the statement. NRS 81.010 Name, address and signature of three or more of the original members, a majority of whom must be residents of this state. NRS 81.410 and 82 Name, address and signature of the Incorporator(s). NRS 81.170 Must be signed by the original associates or members. | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.<br><br>DEV R. SEN — Name   Country: USA<br>55 HUDSON YARDS, 20TH FL. — Address   City: NEW YORK   State: NY   Zip/Postal Code: 10001<br>X _Dev R. Sen_ (signature)<br><br>Name _____   Country _____<br>Address _____   City _____   State _____   Zip/Postal Code _____<br>X _____<br><br>Name _____   Country _____<br>Address _____   City _____   State _____   Zip/Postal Code _____<br>X _____<br>(attach additional page if necessary) |

**AN INITIAL LIST OF OFFICERS MUST ACCOMPANY THIS FILING**

Please include any required or optional information in space below:
(attach additional page(s) if necessary)

See Exhibit A attached hereto for additional provisions incorporated into and forming a part of these Articles of Incorporation.

This form must be accompanied by appropriate fees.

Page 2 of 2
Revised: 1/1/2019

**EXHIBIT A**
**TO**
**ARTICLES OF INCORPORATION**
**OF**
**NU GENERATION FOUNDATION, INC.,**
a Nevada Nonprofit Corporation
(Under NRS Chapter 82)

This Exhibit A is attached to, and all of its terms and provisions are part of and fully incorporated into, the Articles of Incorporation of NU GENERATION FOUNDATION, INC. (the "Corporation"), a Nevada nonprofit corporation under Chapter 82 of the Nevada Revised Statutes ("NRS"):

FIRST: Purposes. The Corporation is organized and shall be operated to promote social welfare and further the common good and general welfare of the people of the community, and to engage in any lawful act or activity for which a corporation may be organized under the NRS and permitted under Section 501(c)(4) of the Internal Revenue Code, as now in effect or as may hereafter be amended (the "Code"). In furtherance of the foregoing, the sole purpose of the Corporation to be conducted or promoted is:

To provide funding for the activities of the autonomous organization of education "Nazarbayev University", autonomous educational organization "Nazarbayev Intellectual schools", each located in the Republic of Kazakhstan and each a not-for-profit entity, and their organizations.

In furtherance thereof, the Corporation (i) may receive property by gift, devise or bequest, and apply the income and principal thereof, as the Board of Directors of the Corporation (the "Board") may from time to time determine and (ii) do any other act or thing incidental to or connected with the foregoing purposes or in advancement thereof, but not for the pecuniary profit or financial gain of its directors or officers.

SECOND: Powers. In furtherance of its corporate purposes, the Corporation shall have all the general and specific powers enumerated in Sections 82.121 and 82.131 of the NRS now in effect or as may hereafter be amended, together with the power to solicit grants and contributions for such purposes, and shall have the authority to exercise all of the powers conferred upon corporations organized not for profit and without authority to issue capital stock under the provisions of the NRS, provided that the exercise of any such powers shall be in furtherance of any one or more of the aforesaid exempt purposes of the Corporation.

THIRD: No Authority to Issue Capital Stock. The Corporation shall not have authority to issue capital stock.

FOURTH: Certain Restrictions on Distributions of Net Earnings. No part of the net earnings of the Corporation shall inure to the benefit of or be distributable to its members, directors, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in

1

furtherance of the purposes set forth above.

FIFTH:  Internal Revenue Code Section 501(c)(4).  Notwithstanding any other provisions of these articles, the Corporation shall not carry on any activities not permitted to be carried on by a corporation exempt from federal income tax under Section 501(c)(4) of the Code.

SIXTH:  Use of Funds and Dissolution.  The Corporation shall use its funds only to accomplish the purposes stated in these Articles of Incorporation. Upon the winding up and dissolution of the Corporation, after paying or adequately providing for the debts and obligations of the Corporation, the remaining assets shall be distributed to or for the benefit of, and only to and for the benefit of the autonomous organization of education "Nazarbayev University", autonomous educational organization "Nazarbayev Intellectual schools", each located in the Republic of Kazakhstan and each a not-for-profit entity.

SEVENTH:  Initial Directors.  The powers of the incorporator shall terminate upon the filing of these Articles of Incorporation with the Secretary of State of the State of Nevada, and the names and mailing addresses of the persons who are to serve as directors until the first annual meeting and until their successors are elected and qualified, each of whom is at least 18 years of age, are:

| NAME | MAILING ADDRESS |
| --- | --- |
| Mr. Shigeo Katsu | 1810 E Sahara Avenue, Suite 587<br>Las Vegas, NV 89104 |
| Ms. Kulyash Shamshidinova | 1810 E Sahara Avenue, Suite 587<br>Las Vegas, NV 89104 |
| Mr. Aslan Sarinzhipov | 1810 E Sahara Avenue, Suite 587<br>Las Vegas, NV 89104 |

EIGHTH:  Perpetual Existence.  Subject to the provisions of Article SIXTH above, the duration of the existence of the Corporation is perpetual.

NINTH:  Gender and Number; Headings.  Whenever the context requires, the gender of all words used herein shall include the masculine, feminine and neuter, and the number of all words shall include the singular and plural thereof.  All headings herein are inserted only for convenience of reference and are not to be considered in the construction or interpretation of these Articles of Incorporation.