# EXHIBIT 2

# December 30, 2019 NGF Amended Articles of Incorporation

  

" AMENDED AN

| | |
|---|---|
| | E3714582019-2 |
| | Filing Number<br>20190384592 |
| Secretary of State<br>State Of Nevada | Filed On<br>12/30/2019 12:37:00 PM |
| | Number of Pages<br>5 |



**BARBARA K. CEGAVSKE**
**Secretary of State**
**202 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
**Website:  www.nvsos.gov**

---

## Non-Profit Corporation:

### Certificate of Amendment (PURSUANT TO NRS 81, 82 & 84)

## Certificate to Accompany Restated Articles or Amended and Restated Articles (PURSUANT TO NRS 82.371)

### Officer's Statement (PURSUANT TO NRS 80.030)

---

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT

| | |
|---|---|
| **1. Entity information:** | Name of entity as on file with the Nevada Secretary of State:<br><br>NU GENERATION FOUNDATION, INC.<br><br>Entity or Nevada Business Identification Number (NVID):  E3714582019-2 |
| **2. Restated or Amended and Restated Articles** (Select one):<br><br>(If <u>amending and restating only,</u> complete section 1,2 3, 5 and 6) | ╳  Certificate to Accompany Restated Articles or Amended and Restated Articles<br>       Restated Articles - No amendments; articles are restated only and are signed by an officer of the corporation who has been authorized to execute the certificate by resolution of the board of directors adopted on:<br>       The certificate correctly sets forth the text of the articles or certificate as amended to the date of the certificate.<br>    ╳  Amended and Restated Articles<br>* Restated or Amended and Restated Articles must be included with this filing type. |
| **3. Type of amendment filing being completed:**<br>(Select only one box)<br><br>(If amending, complete section 1, 3, 5 and 6.) |     Certificate of Amendment to Articles of Incorporation  (Pursuant to NRS Chapters 81 and 82 - Before First Meeting of Directors)<br>    The undersigned are a majority of the original incorporators of the nonprofit corporation, or the majority necessary for the approval as otherwise provided by NRS.<br>    As of the date of this certification no meeting of the directors has taken place and the corporation has no members other than the incorporators.<br><br>╳  Certificate of Amendment to Articles of Incorporation (Pursuant to NRS Chapters 81 and 82 - After First Meeting of Directors)<br>    The directors (or trustees) and the members, if any, and such other persons or public officers, if any, as may be required by the articles, have approved the amendment. The vote by which the amendment was adopted by the directors and members, if any, is as follows: *<br>    Vote of Directors: _____    Vote of Members: _____<br><br>    Officer's Statement (foreign qualified entities only) -<br>    Name in home state, if using a modified name in Nevada:<br>    _____<br><br>    Jurisdiction of formation: _____<br><br>    Changes to takes the following effect:<br>        The entity name has been amended.    Dissolution<br>        The purpose of the entity has been amended.    Merger<br>        The authorized shares have been amended.    Conversion<br>        Other: (specify changes)<br><br>* Officer's Statement must be submitted with either a certified copy of or a certificate evidencing the filing of any document, amendatory or otherwise, relating to the original articles in the place of the corporations creation. |

This form must be accompanied by appropriate fees.



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

# Non-Profit Corporation:
## Certificate of Amendment (PURSUANT TO NRS 81, 82 & 84)
## Certificate to Accompany Restated Articles or Amended and Restated Articles (PURSUANT TO NRS 82.371)
## Officer's Statement (PURSUANT TO NRS 80.030)

| | |
|---|---|
| **3. Type of amendment filing being completed continued:** (If amending, complete section 1, 3, 5 and 6.) | ☐ Certificate of Amendment to Articles of Incorporation For Corporation Sole (Pursuant to NRS Chapter 84)<br><br>The undersigned is the person authorized to represent the corporation sole. |
| **4. Effective date and time:** (Optional) | Date:                              Time:<br><br>(must not be later than 90 days after the certificate is filed) |
| **5. Information being changed:** (Domestic corporations only) | Changes to takes the following effect:<br><br>☐ The entity name has been amended.<br>☐ The registered agent has been changed. (attach Certificate of Acceptance from new registered agent)<br>☒ The purpose of the entity has been amended.<br>☐ The authorized shares have been amended.<br>☐ The directors, managers or general partners have been amended.<br>☐ IRS tax language has been added.<br>☐ Articles have been added.<br>☐ Articles have been deleted.<br>☒ Other.<br>The articles have been amended as follows: (provide article numbers, if available)<br><br>Paragraphs FIRST and FOURTH of Exhibit A to the Articles of Incorporation was amended, all as more fully set forth in Exhibit A to the Articles of Incorporation which are attached.<br><br>(attach additional page(s) if necessary) |
| **6. Signature:** (Required) | X _____    Authorized Signer<br>Signature of Officer, Incorporator or Authorized Signer            Title<br><br>X _____<br>Signature of Officer, Incorporator or Authorized Signer            Title<br><br>* A majority of a quorum of the voting power of the members, or as may be required by the articles, must vote in favor of the amendment. If any proposed amendment would alter or change any preference or any relative or other right given to any class of members, then the amendment must be approved by the vote, in addition to the affirmative vote otherwise required, of the holders of a majority of a quorum of the voting power of each class of members affected by the amendment regardless of limitations or restrictions on their voting power. An amendment pursuant to NRS 81.210 requires approval by a vote of 2/3 of the members. |

This form must be accompanied by appropriate fees.

Page 2 of 2
Revised: 1/1/2019

**EXHIBIT A**
**TO AMENDED AND RESTATED**
**ARTICLES OF INCORPORATION**
**OF**
**NU GENERATION FOUNDATION, INC.,**
**a Nevada Nonprofit Corporation**
**(Under NRS Chapter 82)**

This Exhibit A is attached to, and all of its terms and provisions are part of and fully incorporated into, the Amended and Restated Articles of Incorporation of NU GENERATION FOUNDATION, INC. (the "Corporation"), a Nevada nonprofit corporation under Chapter 82 of the Nevada Revised Statutes ("NRS"):

FIRST: Purposes. The Corporation is organized and shall be operated to promote social welfare and further the common good and general welfare of the people of the community, and to engage in any lawful act or activity for which a corporation may be organized under the NRS and permitted under Section 501(c)(4) of the Internal Revenue Code, as now in effect or as may hereafter be amended (the "Code").

In particular, the Corporation will support the charitable, educational, and social welfare missions of the autonomous organization of education "Nazarbayev University", autonomous educational organization "Nazarbayev Intellectual schools", each located in the Republic of Kazakhstan and each a not-for-profit entity, and their organizations, and raise their profile in the international educational community.

In furtherance of the foregoing, the sole purpose of the Corporation to be conducted or promoted is to secure funding for the activities of the autonomous organization of education "Nazarbayev University", autonomous educational organization "Nazarbayev Intellectual schools", each located in the Republic of Kazakhstan and each a not-for-profit entity, and their organizations.

In furtherance thereof, the Corporation (i) may receive property by gift, devise or bequest, and apply the income and principal thereof, as the Board of Directors of the Corporation (the "Board") may from time to time determine and (ii) do any other act or thing incidental to or connected with the foregoing purposes or in advancement thereof, but not for the pecuniary profit or financial gain of its directors or officers.

SECOND: Powers. In furtherance of its corporate purposes, the Corporation shall have all the general and specific powers enumerated in Sections 82.121 and 82.131 of the NRS now in effect or as may hereafter be amended, together with the power to solicit grants and contributions for such purposes, and shall have the authority to exercise all of the powers conferred upon corporations organized not for profit and without authority to issue capital stock under the provisions of the NRS, provided that the exercise of any such powers shall be in furtherance of any one or more of the aforesaid exempt purposes of the Corporation.

1

THIRD:  <u>No Authority to Issue Capital Stock</u>. The Corporation shall not have authority to issue capital stock.

FOURTH:  <u>Certain Restrictions on Distributions of Net Earnings</u>.  No part of the net earnings of the Corporation shall inure to the benefit of or be distributable to its directors, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth above.

FIFTH:  <u>Internal Revenue Code Section 501(c)(4)</u>.  Notwithstanding any other provisions of these articles, the Corporation shall not carry on any activities not permitted to be carried on by a corporation exempt from federal income tax under Section 501(c)(4) of the Code.

SIXTH:  <u>Use of Funds and Dissolution</u>.  The Corporation shall use its funds only to accomplish the purposes stated in these Articles of Incorporation. Upon the winding up and dissolution of the Corporation, after paying or adequately providing for the debts and obligations of the Corporation, the remaining assets shall be distributed to or for the benefit of, and only to and for the benefit of the autonomous organization of education "Nazarbayev University", autonomous educational organization "Nazarbayev Intellectual schools", each located in the Republic of Kazakhstan and each a not-for-profit entity.

SEVENTH:  <u>Initial Directors</u>.  The powers of the incorporator shall terminate upon the filing of these Articles of Incorporation with the Secretary of State of the State of Nevada, and the names and mailing addresses of the persons who are to serve as directors until the first annual meeting and until their successors are elected and qualified, each of whom is at least 18 years of age, are:

| NAME | MAILING ADDRESS |
|---|---|
| Mr. Shigeo Katsu | 1810 E Sahara Avenue, Suite 587<br>Las Vegas, NV 89104 |
| Ms. Kulyash Shamshidinova | 1810 E Sahara Avenue, Suite 587<br>Las Vegas, NV 89104 |
| Mr. Aslan Sarinzhipov | 1810 E Sahara Avenue, Suite 587<br>Las Vegas, NV 89104 |

EIGHTH:  <u>Perpetual Existence</u>.  Subject to the provisions of Article SIXTH above, the duration of the existence of the Corporation is perpetual.

NINTH:  <u>Gender and Number; Headings</u>.  Whenever the context requires, the gender of all words used herein shall include the masculine, feminine and neuter, and the number of all words shall include the singular and plural thereof.  All headings herein are inserted only for

2

convenience of reference and are not to be considered in the construction or interpretation of these Articles of Incorporation.

3