Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
Clark C. Knobel, Esq.
Nevada Bar No. 15943
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
Email: baustin@swlaw.com
Email: cknobel@swlaw.com

Stephen Hauss *(Admitted pro hac vice)*
Washington D.C. Bar No. 1009019
California Bar No. 250211
Quinn Emanuel Urquhart & Sullivan LLP
555 13th Street NW, Suite 600
Washington D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: stephenhauss@quinnemanuel.com

Crystal Nix-Hines *(Admitted pro hac vice)*
California Bar No. 326971
New York Bar No. 2482073
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: crystalnixhines@quinnemanuel.com

Christina L. Wu *(Admitted pro hac vice)*
California Bar No. 233186
Quinn Emanuel Urquhart & Sullivan LLP
50 California St., 22nd Floor
San Francisco CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: christinawu@quinnemanuel.com

Attorneys for AUTONOMOUS
ORGANIZATION OF EDUCATION
"NAZARBAYEV UNIVERSITY," a
Kazakhstan educational organization; and
AUTONOMOUS ORGANIZATION OF
EDUCATION "NAZARBAYEV
INTELLECTUAL SCHOOLS," a Kazakhstan
educational organization

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| AUTONOMOUS ORGANIZATION OF EDUCATION "NAZARBAYEV UNIVERSITY," a Kazakhstan educational organization; and AUTONOMOUS ORGANIZATION OF EDUCATION "NAZARBAYEV INTELLECTUAL SCHOOLS," a Kazakhstan educational organization, | Case No. 2:26-CV-000480-JCM-DJA |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE (FIRST REQUEST)** |
| vs. | |

NEW GENERATION FOUNDATION, INC., a Nevada non-profit corporation; JYSAN HOLDINGS, LLC, a Nevada Limited Liability Company; NGF HOLDINGS LLC, a Nevada limited liability company; NGF PROTECTOR LLC, a Nevada limited liability company; ROBERT F. ARMAO, AS TRUSTEE OF THE NGF NEVADA TRUST, a Nevada Trust; NURALY BEKTURGANOV, AS TRUSTEE OF THE NGF NEVADA TRUST, a Nevada Trust; JOEL WEST MCCLEARY, an individual; ROBERT F. ARMAO, an individual; NURALY BEKTURGANOV, an individual; AIDOS BEKTURGANOV, an individual; GANBAT CHULUUNKHUU, an individual; and DOES 1-100.

Defendants.

Plaintiffs Autonomous Organization of Education "Nazarbayev University," and Autonomous Organization of Education "Nazarbayev Intellectual Schools," (collectively, the "Plaintiffs"), Defendants New Generation Foundation, Inc., NGF Protector LLC, Joel West McCleary, Robert F. Armao as an individual and Trustee, Nuraly Bekturganov as an individual and Trustee, and Ganbat Chuluunkhuu (collectively, the "NGF Defendants"), and Defendants Jysan Holdings, LLC and Aidos Bekturganov (collectively, the "Jysan Defendants"), (hereinafter collectively referred to as "Parties"), by and through their respective counsel of record, hereby stipulate that:

1.    On May 26, 2026, Defendants filed: NGF Defendants' Motion to File Motion to Dismiss Under Seal and Seal the Complaint in this Action and Redact Portions of the Publicly Filed Versions [ECF No. 44]; NGF Defendants' Motion to Dismiss [ECF No. 45]; Jysan Defendants' Motion to File Exhibits A and B to Motion to Compel Arbitration Under Seal and Seal the Complaint in this Action and Redact Portions of the Publicly Filed Versions [ECF No. 47]; and Jysan Defendants' Motion to Compel Arbitration, or, Alternatively, to Dismiss [ECF No. 46] (collectively, the "Motions").

2.    The deadline for Plaintiffs to respond to the Motions is currently June 9, 2026, and Defendants' deadline to file replies in support of the Motions is June 16, 2026.

3.      Given the number of Defendants' Motions, the parties require additional time to fully brief them.

4.      Therefore, Plaintiffs and Defendants hereby stipulate (1) to extend Plaintiffs' time to respond to the Motions by two weeks up to and including **June 23, 2026**, and (2) to extend Defendants' time to file replies in support of the Motions up to and including **July 14, 2026**.

5.      This is the parties' first request to extend the briefing schedule.

6.      This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED AND AGREED BY:**

Dated: June 4, 2026.

SNELL & WILMER L.L.P.

 /s/ Patrick G. Byrne
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
Clark C. Knobel, Esq.
Nevada Bar No. 15943

Quinn Emanuel Urquhart & Sullivan LLP
Crystal Nix-Hines, Esq.
(Admitted pro hac vice)
Stephen Hauss, Esq.
(Admitted pro hac vice)
Christina L. Wu, Esq. (Admitted pro hac vice)
Attorneys for Plaintiffs

Dated: June 4, 2026.

SOLOMON DWIGGINS FREER STEADMAN LTD.

 /s/  Alan D. Freer
Dana A Dwiggins, Esq.
Nevada Bar No. 7049
Alan D. Freer, Esq.
Nevada Bar No. 7706
Alexander G. LeVeque, Esq.
Nevada Bar No. 11183

Attorneys for NGF Defendants

Dated: June 4, 2026.

HOLLAND & HART LLP

  /s/ Caitlan Bohn

Robert J. Cassity, Esq.
Nevada Bar No. 9779
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
Caitlan J. Bohn, Esq.
Nevada Bar No. 16585

*Attorneys for Defendants Jysan Holdings,
LLC and Aidos Bekturganov*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:    June 11, 2026

-4-