Robert J. Cassity (9779)
Sydney R. Gambee (14201)
Caitlan J. Bohn (16585)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
BCassity@hollandhart.com
SRGambee@hollandhart.com
CJBohn@hollandhart.com

*Attorneys for Jysan Holdings, LLC and
Aidos Bekturganov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUTONOMOUS ORGANIZATION OF EDUCATION "NAZARBAYEV UNIVERSITY," a Kazakhstan educational organization; and AUTONOMOUS ORGANIZATION OF EDUCATION "NAZARBAYEV INTELLECTUAL SCHOOLS," a Kazakhstan educational organization,<br><br>Plaintiff,<br><br>v.<br><br>NEW GENERATION FOUNDATION, INC., a Nevada non-profit corporation; JYSAN HOLDINGS, LLC, a Nevada Limited Liability Company; NGF HOLDINGS LLC, a Nevada limited liability company; NGF PROTECTOR LLC, a Nevada limited liability company; ROBERT F. ARMAO, AS TRUSTEE OF THE NGF NEVADA TRUST, a Nevada Trust; NURALY BEKTURGANOV, AS TRUSTEE OF THE NGF NEVADA TRUST, a Nevada Trust; JOEL WEST MCCLEARY, an individual; ROBERT F. ARMAO, an individual; NURALY BEKTURGANOV, an individual; AIDOS BEKTURGANOV, an individual; GANBAT CHULUUNKHUU, an individual; and DOES 1-100.,<br><br>Defendant. | Case No.  2:26-cv-00480-JCM-DJA<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE FOR PARTIES' INITIAL DISCLOSURES AND FILING OF PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[FIRST REQUEST]** |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Plaintiffs Autonomous Organization of Education "Nazarbayev University" and Autonomous Organization of Education "Nazarbayev Intellectual Schools" (collectively, the "Plaintiffs"), Defendants New Generation Foundation, Inc., NGF Protector LLC, NGF Holdings,

1

LLC, Joel West McCleary, Robert F. Armao as an individual and Trustee, Nuraly Bekturganov as an individual and Trustee, and Ganbat Chuluunkhuu (collectively, the "NGF Defendants"), and Defendants Jysan Holdings, LLC and Aidos Bekturganov (collectively, the "Jysan Defendants" and with the NGF Defendants, "Defendants"), (hereinafter Plaintiffs and Defendants collectively referred to as "Parties"), by and through their respective counsel of record, hereby stipulate that:

1.       On June 25, 2026, the Parties held the Rule 26(f) conference pursuant to Fed. R. Civ. P. 26(f) and LR 26-1.

2.       During the Rule 26(f) conference, counsel for Defendants stated Defendants' position that discovery should be stayed in light of the pending Motion to Dismiss [ECF No. 45] and Motion to Compel Arbitration [ECF No. 46] (the "Motions").

3.       Defendants' counsel inquired whether Plaintiffs would stipulate to a stay of discovery, as Defendants otherwise intended to proceed with filing a motion to stay discovery. Defendants further requested, if Plaintiffs were not agreeable to a stay of discovery pending resolution of their Motions, that Plaintiffs stipulate to extend the parties' deadline to serve initial disclosures and to file a proposed discovery plan and scheduling order until after their motion to stay discovery is resolved.

4.       On June 25, 2026, Plaintiffs informed Defendants' counsel that they would not stipulate to a stay of discovery, but that they were agreeable to extending the initial disclosure deadline and deadline to file the joint proposed discovery plan and scheduling order until after the Court issues a decision on Defendants' motion to stay discovery.

5.       The Parties believe that it would be beneficial to extend these deadlines because the Court's decision on the motion to stay will potentially affect discovery and the parties' proposed case schedule.

6.       On July 8, 2026, Defendants filed their Joint Motion to Stay Discovery Pending Decision on Motions to Dismiss [ECF No. 62].  Plaintiffs intend to file an opposition to this motion.

7.       Accordingly, the Parties have met and conferred and hereby stipulate and agree to extend the deadline for the Parties to serve their initial disclosures and to file the Joint Discovery

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2

Plan and Scheduling Order from their current deadline of July 9, 2026—fourteen days after the Rule 26(f) conference (Fed. R. Civ. P. 26(a)(1)(C); LR 26-1(a))—to fourteen days from the date this Court rules on Defendants' Joint Motion to Stay Discovery [ECF No. 62].

**IT IS SO STIPULATED AND AGREED BY:**

Dated: July 9, 2026.

SNELL & WILMER L.L.P.

 */s/ Christina L. Wu*
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
Clark C. Knobel, Esq.
Nevada Bar No. 15943

Quinn Emanuel Urquhart & Sullivan LLP
Crystal Nix-Hines, Esq.
*(Admitted pro hac vice)*
Stephen Hauss, Esq.
*(Admitted pro hac vice)*
Christina L. Wu, Esq. *(Admitted pro hac vice)*

*Attorneys for Plaintiffs*

Dated: July 9, 2026.

HOLLAND & HART LLP

*/s/ Robert J. Cassity*
Robert J. Cassity, Esq.
Nevada Bar No. 9779
Sydney R. Gambee, Esq.
Nevada Bar No. 14201

*Attorneys for Defendants Jysan Holdings, LLC and Aidos Bekturganov*

Dated: July 9, 2026.

SOLOMON DWIGGINS FREER STEADMAN LTD.

*/s/ Alexander G. LeVeque*
Dana A Dwiggins, Esq.
Nevada Bar No. 7049
Alan D. Freer, Esq.
Nevada Bar No. 7706
Alexander G. LeVeque, Esq.
Nevada Bar No. 11183

*Attorneys for NGF Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____7/13/2026_____

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

3